IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **METROPOLITAN UTILITIES DISTRICT OF OMAHA,** | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV454 |
| vs. | ) ) | ORDER |
| **PHILADELPHIA MIXERS CORPORATION,** | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte.*

**IT IS ORDERED:**

A **telephone** conference with the undersigned magistrate judge will be held on **February 27, 2006** at **9:00 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the telephone conference.

Dated this 14th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge