IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| METROPOLITAN UTILITIES DISTRICT, | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV454 |
| v. | ) ) | ORDER |
| PHILADELPHIA MIXERS CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on February 28, 2006. The parties informed the court that the parties have scheduled an additional mediation session with Mr. Dittrick on March 27, 2006, and requested the mediation stay be continued pending their further efforts to settle the case. Their request will be granted.

**IT IS ORDERED:**

1. The mediation stay of October 19, 2005 (Filing No. 25) is extended until April 7, 2006.

2. Unless the case has been settled, the parties shall participate in a telephone conference **at 4:00 p.m. (Central Daylight Time) on April 7, 2006**, with the undersigned magistrate judge in order to progress the case to trial. Plaintiff's counsel shall initiate the telephone conference.

3. The final pretrial conference and trial previously scheduled in this matter are cancelled and will be rescheduled, if needed, during the telephone conference on April 7, 2006.

DATED this 28th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge