# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **METROPOLITAN UTILITIES DISTRICT** of Omaha, a Political Subdivision, | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV454 |
| vs. | ) ) | ORDER |
| **PHILADELPHIA MIXERS CORP.**, a Division of Philadelphia Gear Corp., | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation of Dismissal (Filing No. 36). The court finds that the parties' joint stipulation should be granted.

**IT IS ORDERED** that the parties' Stipulation of Dismissal (Filing No. 36) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 26th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge